# In the Iowa Supreme Court

---

No. 25–0220

Scott County No. LACE 133201

**Patty A. Thorington,** individually and as administrator of the **Estate of Robert Ronald Mitchell,**

Appellant,

vs.

**Scott County, Iowa,** and **Greg Hill,**

Appellees.

---

The court, Waterman, J., taking no part, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2026).

Patty Thorington brought an action individually and as administrator of her son's estate against Scott County and Deputy Greg Hill seeking tort damages related to the shooting death of her son. The district court granted summary judgment for the defendants and dismissed Thorington's remaining claims. Thorington appealed, and we retained the case.

Christensen, C.J., and Mansfield and May, JJ., would affirm the district court's order granting summary judgment. McDonald, Oxley, and McDermott, JJ., would reverse the order. The judgment of the district court is therefore affirmed by operation of law. *See State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009) ("[S]ection 602.4107 requires that, when the supreme court is equally divided . . ., the decision of the district court is affirmed by operation of law.").

Copies to:

David A. O'Brien
1500 Center Street NE
Cedar Rapids, IA 52402

Andrew L. Mahoney
3012 Division Street
Burlington, IA 52601

Ian J. Russell
Jenny L. Juehring
David C. Waterman
220 North Main Street, Suite 600
Davenport, IA 52801

James G. Soto
Joseph M. Polick
Jeffrey R. Kivetz
141 West Jackson Boulevard, Suite 1240
Chicago, IL 60604